UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  5:26-cv-00998-FMO-CTS                               Date:  June 30, 2026

Title:    Eugene C. Harris v. County of Riverside Superior Court


Present:    The Honorable CHRISTINA T. SHAY, United States Magistrate Judge


| Marina Moreno-Carrillo | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):        Order to Show Cause re: Apparent Defects in Petition**


On March 3, 2026, Petitioner Eugene C. Harris, acting *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition").  (Pet., ECF No. 1.)  The case was transferred to the calendar of the magistrate judge listed above on June 8, 2026.  (ECF No. 9.)


Upon review of this case, it appears that Petitioner has neither paid the required filing fee of $5.00 for this action nor submitted a Request to Proceed without Prepayment of Filing Fees with Declaration in Support ("CV-60P Form").  The filing fee issue must be addressed before this case may proceed.  Petitioner may either submit payment in full or, if unable to pay the entire fee at this time, may sign and complete the CV-60P Form, a blank copy of which is attached here.  Note that the CV-60P Form must be completed in full, including the attached Certificate of Authorized Officer form, which must be signed by an authorized officer of the institution where Petitioner is currently incarcerated and returned along with a certified copy of Petitioner's trust account statement for the last six months.


If Petitioner neither pays the fee in full nor submits a completed CV-60P Form by July 31, 2026, this case may be dismissed.


It is so ordered.


Attachments

Form CV-60P (Request to Proceed without Prepayment of Filing Fees with Declaration in Support)